**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT GROSZ and CHAYA GROSZ,
on behalf of plaintiffs and the class members
described below

                         Plaintiffs,                           **JUDGMENT**
                                                     CV 17-3166 (SJF) (AYS)

      - against -

CAVALRY PORTFOLIO SERVICES, LLC,

                         Defendant.
-----------------------------------------------------------X

      A Memorandum and Order of Honorable Sandra J. Feuerstein, United States District

Judge, having been filed on September 30, 2019, granting Defendant's motion to dismiss, and

directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiffs Robert Grosz and Chaya Grosz take

nothing of Defendant Cavalry Portfolio Services, LLC; that Defendant's motion to dismiss is

granted; and that this case is closed.


Dated:  September 30, 2019
         Central Islip, New York


                                 DOUGLAS C. PALMER
                                 CLERK OF THE COURT

                        By:    /s/ James J. Toritto
                                 Deputy Clerk